NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER LITZ,**
*Appellant*

**v.**

**TECH GURU, LLC,**
*Appellee*

---

2021-2375

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91214713.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Alexander Litz moves to voluntarily withdraw his appeal "without the imposition of cost or attorney fees." Mot. at 1. Tech Guru, LLC responds and "does not object to [Mr.] Litz's withdrawal of his appeal, but it disagrees with [Mr.] Litz's request that such withdrawal occur without the imposition of costs or attorney fees" because it "continues to believe that [Mr.] Litz's appeal is frivolous and that it has

been pursued for purposes of vexatiousness."  ECF No. 38 at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

The court has sua sponte determined that the award of attorneys' fees and costs is not appropriate.  Mr. Litz's motion is granted to the extent the appeal is dismissed with each party to bear its own costs.

FOR THE COURT

September 15, 2022                    /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court


ISSUED AS A MANDATE: September 15, 2022